NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARMOUR OF AMERICA,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**ARMORWORKS, LLC,**
*Defendant.*

---

2011-5058

---

Appeal from the United States Court of Federal Claims in case no. 04-CV-1731, Judge Marian Blank Horn.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Armour of America's unopposed motion for an extended briefing schedule due to settlement negotiations,

IT IS ORDERED THAT:

The motion is granted. Armour's opening brief is due by September 5, 2011. The United States' response brief is due October 15, 2011.

FOR THE COURT

JUL 2 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mary Elizabeth Bosco, Esq.
    Matthew H. Solomson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2011

JAN HORBALY
CLERK